JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAND WILLIAMS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JIM McDONNELL, et al.,<br><br>　　　　　　Respondents. | Case No. CV 16-1384-JVS (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: May 12, 2016

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE